# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

RICARDA FUNK,

           Plaintiff,

v.

ACE INDUSTRIAL SUPPLY INC.,
UNKNOWN CORPORATION 1,
JOHN DOE 1, JOHN DOE 2, and
JOHN DOE 3,

           Defendants.

Case No. 18-CV-425-JPS

**ORDER**

On June 21, 2018, Plaintiff filed a motion to dismiss the complaint without prejudice and without costs assessed to any party. (Docket #6). Because the Defendants have not yet filed an answer, Plaintiff does not need an order from the Court to voluntarily dismiss this action. Plaintiff's motion will be construed as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court herewith adopts that notice.

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #6) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice.**

Dated at Milwaukee, Wisconsin, this 25th day of June, 2018.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge